# EXHIBIT 2

## TRAJAN'S COMPLAINT AGAINST RENNAKERS AND GENERATION PARTNERS RE: FRAUDULENT TRANSFER OF ASSETS

*Trajan Assets IV, Ltd. v. Dana S. Rennaker, et al.*
U.S. District Court, District of Oregon, Case No. ___________

**Multnomah Assessor**
**PROPERTY INFORMATION**

**Owner Name**
GENERATION PARTNERS LLC
**Owner Address**
3032 NE HANCOCK ST
PORTLAND, OR 97212
**Situs Address**
437 SE 22ND AVE
PORTLAND, OR 97214
**Alternate Account Number**
R219800010
**Information on Ordering Copies**

**Property ID #**
R148587
**Map Tax Lot #**
1N1E35DD -18600
**Neighborhood**
R110
**Levy Code Area**
201 - EAST OF WILLAMETTE RIVER
**Portland Maps**
http://www.portlandmaps.com

**Exemption**
**Tax Roll Description**
DUNNS ADD, BLOCK 1, LOT 1

**Expiration Date**
**Map Number**
3032 OLD 1N1E35DD -18600
**Parcel** **Property Use**
B - RESIDENTIAL IMPROVED

**Split/Merge Account Message**

**Split/Merge Account** **Acreage**

**Special Account Information**

**Year Built** **Account Status**
1915 A - Active

**Related Accounts**

**Linked Accounts**

| Deed | Grantor (Seller) | Grantee (Buyer) | Instrument | Date | Consider Amt |
|---|---|---|---|---|---|
| BSD | RENNAKER,CHAD I & | GENERATION PARTNERS LLC | 2009007990 | 01/21/09 | $0 |
| WD | RENNAKER,CHAD I & DANA S & | RENNAKER,CHAD I & | 2005212850 | 11/02/05 | $40,000 |
| WD | LA BAR,ANNA L | RENNAKER,CHAD I | 95118533 | 09/01/95 | $67,500 |
| WD | MARTIN,WILLIAM J | LA BAR,LEE A | BP24731656 | 11/01/91 | $28,000 |
| C | SANDERSFELD,JOHN D | MARTIN,WILLIAM J | BP21011562 | 05/01/88 | $24,000 |
| WD | Missing Owner Information | UNKNOWN GRANTOR/GRANTEE | BP18661890 | 11/01/85 | $31,500 |

| Last Certified Year (2015) Information for R148587 | | | |
|---|---|---|---|
| Taxable Assessed Value | Taxable Real Market Value | Land Value | Improvement Value |
| $72,030 | $268,220 | $181,750 | $86,470 |

| Important Information About *R148587* |
|---|
| If applicable, the described property is receiving special valuation based upon its use. Additional rollback taxes which may become due based on the provisions of the special valuation are not indicated in this listing. |
| |
| |
| |
| |

| Total Tax Payoff Amount | | |
|---|---|---|
| | | |

| Current Year Tax Owed | Interest Date | Total Tax Payoff Amount |
|---|---|---|
| $0.00 | 08/03/2016 | $0.00 |

**Current Property Tax**

| Third | Begin Balance | Amount Paid | Taxes Paid | Interest Paid | Discount | Date Paid |
|---|---|---|---|---|---|---|
| 1st | 567.77 | 567.77 | 567.77 | 0.00 | 0.00 | 11/12/15 |
| 2nd | 567.77 | 545.06 | 545.06 | 0.00 | 22.71 | 11/12/15 |
| 3rd | 567.76 | 539.37 | 539.37 | 0.00 | 28.39 | 11/12/15 |

Information Subject to Disclaimer - See Home Page

**Tax Summary**

| Year | Total Levied | Ad Valorem | Special Assessments | Principal | Interest | Date Paid | Total Owed |
|---|---|---|---|---|---|---|---|
| 2015 | 1,703.30 | 1,703.30 | 0.00 | 0.00 | 0.00 | 11/12/15 | 0.00 |
| 2014 | 1,677.73 | 1,677.73 | 0.00 | 0.00 | 0.00 | 11/14/14 | 0.00 |
| 2013 | 1,638.92 | 1,638.92 | 0.00 | 0.00 | 0.00 | 11/07/13 | 0.00 |
| 2012 | 1,482.81 | 1,482.81 | 0.00 | 0.00 | 0.00 | 11/07/12 | 0.00 |

**Property Tax History Summary**

| Tax Year | Taxes Levied | Total Paid | Taxes Paid | Interest Paid | Date Paid | Total Owed |
|---|---|---|---|---|---|---|
| 2015 | 1,703.30 | 1,652.20 | 1,652.20 | 0.00 | 11/12/15 | 0.00 |
| 2014 | 1,677.73 | 1,627.40 | 1,627.40 | 0.00 | 11/14/14 | 0.00 |
| 2013 | 1,638.92 | 1,589.75 | 1,589.75 | 0.00 | 11/07/13 | 0.00 |
| 2012 | 1,482.81 | 1,438.33 | 1,438.33 | 0.00 | 11/07/12 | 0.00 |

**Assessment History**

| Year | Improvements | Land | Special Mkt/Use | RMV | Exemptions | Assessed |
|---|---|---|---|---|---|---|
| 2015 | $86,470 | $181,750 | $0 / $0 | $268,220 | | $72,030 |
| 2014 | $83,110 | $146,850 | $0 / $0 | $229,960 | | $69,940 |
| 2013 | $74,120 | $140,500 | $0 / $0 | $214,620 | | $67,910 |
| 2012 | $66,260 | $130,500 | $0 / $0 | $196,760 | | $65,940 |
| 2011 | $61,770 | $130,500 | $0 / $0 | $192,270 | | $64,020 |
| 2010 | $70,000 | $135,500 | $0 / $0 | $205,500 | | $62,160 |
| 2009 | $74,120 | $135,500 | $0 / $0 | $209,620 | | $60,350 |
| 2008 | $77,490 | $135,500 | $0 / $0 | $212,990 | | $58,600 |
| 2007 | $74,370 | $133,000 | $0 / $0 | $207,370 | | $56,900 |
| 2006 | $63,290 | $118,000 | $0 / $0 | $181,290 | | $55,250 |
| 2005 | $62,260 | $85,000 | $0 / $0 | $147,260 | | $53,650 |
| 2004 | $60,600 | $65,150 | $0 / $0 | $125,750 | | $52,090 |
| 2003 | $55,840 | $64,500 | $0 / $0 | $120,340 | | $50,580 |
| 2002 | $44,610 | $52,030 | $0 / $0 | $96,640 | | $49,110 |
| 2001 | $39,140 | $45,640 | $0 / $0 | $84,780 | | $47,680 |
| 2000 | $36,920 | $43,060 | $0 / $0 | $79,980 | | $46,300 |
| 1999 | $35,500 | $41,400 | $0 / $0 | $76,900 | | $44,960 |
| 1998 | $33,200 | $38,700 | $0 / $0 | $71,900 | | $43,660 |
| 1997 | $31,600 | $36,900 | $0 / $0 | $68,500 | | $42,390 |
| 1996 | $29,500 | $34,500 | $0 / $0 | $64,000 | | $64,000 |
| 1995 | $18,100 | $29,000 | $0 / $0 | $47,100 | | $47,100 |

**2016 Land Information (Unedited and Uncertified)**

| ID | Type | Acres | Sq Ft |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| L1 | RES - RESIDENTIAL LAND | 0.09 | 4000 |

**2016 Improvement Information (Unedited and Uncertified)**

| ID | Type | Class | Area | Year Built Actual/Effective |
|---|---|---|---|---|
| 1 | (SFR) SINGLE FAMILY RESIDENTIAL | A | | |
| 1.1 | (MA) MAIN | 3.0 | 575 | 1915 / 1915 |
| 1.2 | (CON) CONCRETE | 3.0 | 300 | |
| | | | | |