# EXHIBIT 3

## TRAJAN'S COMPLAINT AGAINST RENNAKERS AND GENERATION PARTNERS RE: FRAUDULENT TRANSFER OF ASSETS

*Trajan Assets IV, Ltd. v. Dana S. Rennaker, et al.*
U.S. District Court, District of Oregon, Case No. ___________

After recording return to:
Dana S. Rennaker
Revocable Living Trust
Attn: Dana S. Rennaker
3032 NE Hancock Street
Portland, OR 97212

B/O
B3309

Until a change is requested all tax statements
Shall be sent to the following address:
No Change

Multnomah County Official Records
C Swick, Deputy Clerk

2009-027395

$26.00

00454690200900273950020025 03/03/2009 11:38:38 AM

1R-B&S DEED Cnt=1 Stn=10 RECCASH1
$10.00 $11.00 $5.00

Date: March 3, 2009

## STATUTORY BARGAIN AND SALE DEED

**Chad I. Rennaker and Dana S. Rennaker, husband and wife,** Grantors, convey to **Dana S. Rennaker, Trustee of the Dana S. Rennaker Revocable Living Trust**, Grantee, the following described real property:

**LEGAL DESCRIPTION:** Real property in the county of Multnomah, State of Oregon, described as follows:

**BROADWAY ADDITION; LOTS 3&4, BLOCK 9, BROADWAY ADDITION in the City of Portland, County of Multnomah and State of Oregon**

The true consideration for this conveyance is **$0.00 – this deed is being given to effect a change in vesting.** (Here comply with the requirements of ORS 93.030)

BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON TRANSFERRING FEE TITLE SHOULD INQUIRE ABOUT THE PERSON'S RIGHTS, IF ANY, UNDER ORS 195.300, 195.301 AND 195.305 TO 195-336 AND SECTIONS 5 TO 11, OF CHAPTER 424, OREGON LAWS 2007. THIS INSTRUMENT DOES NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY THAT THE UNIT OF LAND BEING TRANSFERRED IS A LAWFULLY ESTRABLISHED LOT OR PARCEL, AS DEFINED IN ORS 92.010 OR 215.010, TO VERIFY THE APPROVED USES OF THE LOT OR PARCEL, TO DETERMINE ANY LIMIITS ON LAWSUITS AGAINST FARMING OR FORES PRACTICES AS DEFINED IN ORS 30.930 AND TO INQUIRE ABOUT THE RIGHTS OF NEIGHBORING PROPERTY OWNERS, IF ANY, UNDER ORS 195.300, 195.301 AND 195.305 TO 195-336 AND SECTIONS 5 TO 11, OF CHAPTER 424, OREGON LAWS 2007.

2

Dated this 3rd day of MARCH, 2009.

Chad I. Rennaker

Dana S. Rennaker

STATE OF Oregon )
)ss.
County of Multnomah )

This instrument was acknowledged before me on this 3RD day of MARCH, 2009 by Chad I. Rennaker and Dana S. Rennaker

CATHY J. TEED
Notary Public for Oregon
My commission expires: 11/13/2010

OFFICIAL SEAL
CATHY J TEED
NOTARY PUBLIC - OREGON
COMMISSION NO. 411836
MY COMMISSION EXPIRES NOVEMBER 13, 2010