**William G. Fig, OSB No. 952618**
wfig@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Attorneys for Trajan Assets IV, Ltd. dba Arvada Club Apartments, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
PORTLAND DIVISION

**TRAJAN ASSETS IV, LTD., a Colorado LLC, dba Arvada Club Apartments, LLC,**

**Plaintiff,**

**V.**

**DANA S. RENNAKER,**
**DANA S. RENNAKER REVOCABLE TRUST,**
**CHAD I. RENNAKER, and**
**GENERATION PARTNERS, LLC, a Nevada LLC registered to do business in Oregon,**

**Defendants.**

Case No. 3:16-cv-01668-SB

FRCP 41 NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Trajan Assets IV, Ltd. hereby gives notice that it dismisses its claims against defendants Dana S. Rennaker, the Dana S. Rennaker Revocable Living Trust, Chad I. Rennaker, and Generation Partners, LLC (collectively "Defendants"), with prejudice, and without costs, disbursements, or attorney fees being awarded to any party.

/ / /

/ / /

None of the Defendants have appeared in this action.

Dated this 28th day of September, 2016.

SUSSMAN SHANK LLP

By *s/ William G. Fig*
William G. Fig, OSB No. 952618
(503) 227-1111
Attorneys for Trajan Assets IV, Ltd.
dba Arvada Club Apartments, LLC

***23562-001\NOTICE OF DISMISSAL (02391663);1**